# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

———————

No. 99-1856

———————

Ralph A. Woepke; Audrey M. Woepke,   *
                              *

          Appellants,         *

                              *   Appeal from the United States

     v.                       *   District Court for the

                              *   Eastern District of Missouri.

Federal Kemper Life Assurance     *
Company,                         *       [UNPUBLISHED]

                              *

          Appellee.        *

———————

Submitted: March 3, 2000
Filed: March 8, 2000

———————

Before RICHARD S. ARNOLD, BOWMAN, and BEAM, Circuit Judges.

———————

PER CURIAM.

Ralph and Audrey Woepke appeal from the District Court's[1] adverse grant of summary judgment in their diversity action. After de novo review of the record, we conclude the grant of judgment was proper for the reasons stated by the District Court. See Arnold v. City of Columbia, 197 F.3d 1217, 1219 (8th Cir. 1999) (standard of review). Accordingly, we affirm. See 8th Cir. R. 47B.

———————

[1]The Honorable David D. Noce, United States Magistrate Judge for the Eastern District of Missouri, to whom the case was referred for final disposition by consent of the parties pursuant to 28 U.S.C. § 636(c) (1994 & Supp. III 1997).

A true copy.

Attest:

   CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.